**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1496**

LIJO PANGHAT,

                Plaintiff - Appellant,

     v.

DEPARTMENT OF VETERANS AFFAIRS; UNIVERSITY OF MARYLAND AT
BALTIMORE,

                Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore.
Ellen L. Hollander, District Judge.  (1:19-cv-00994-ELH)

Submitted:  February 23, 2021               Decided:  February 25, 2021

Before MOTZ, KEENAN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lijo Panghat, Appellant Pro Se.  Catherine Anne Bledsoe, Lillian Lane Reynolds,
Educational Affairs Division, OFFICE OF THE ATTORNEY GENERAL OF
MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lijo Panghat appeals the district court's orders dismissing his complaint and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Panghat v. Dep't of Veterans Affs.*, No. 1:19-cv-00994-ELH (D. Md. Apr. 2, 2019; filed Mar. 27, 2020 & entered March 30, 2020). We deny Panghat's motion for leave to submit newly discovered evidence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*